FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 10 PM 4: 18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY a/k/a DEREK L. McSMITH | CIVIL ACTION |
| VERSUS | NO. 07-656 |
| ALMA L. CHASEZ | SECTION "F" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that the Clerk of Court will not accept any further filings from Leroy a/k/a Derek L. McSmith in the instant action unless the pleading is accompanied by an order of this court granting him leave to file.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____

**IT IS FURTHER ORDERED** that the Clerk of Court will not accept any future initial civil pleadings from Leroy a/k/a Derek L. McSmith unless the pleading is accompanied by advance written permission of a district judge of this court granting him leave to file the pleading.

New Orleans, Louisiana, this 10TH day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE